UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiff(s),

   v.

CHRISMAN FAMILY TRUST,

          Defendant(s).
_____/

NO. CIV. S-05-2555FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

     Pursuant to the representations of the Court's Voluntary Dispute Resolution Administrator the above action has settled prior to mediation under the program.

     In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 24, 2006. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

     **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

     **IT IS SO ORDERED**.

Dated: June 7, 2006

                             /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL, JR.
                             United States District Judge